■ ROGER SCOTT et al., Appellants, v HARTFORD FIRE INSURANCE COMPANY et al., Respondents. (Appeal No. 3.)—Order unanimously modified, on the law, and, as modified, affirmed, without costs, in accordance with the following memorandum: It was error to award defendant costs in excess of the statutory maximum (CPLR 8202) inasmuch as no request for a punitive award was made by defendant and no reason for such award was stated by the court. (Appeal from order of Supreme Court, Onondaga County, Tenney, J.—dismiss cause of action.)

966

Present—Callahan, J. P., Denman, Boomer, Green and Schnepp, JJ.

